**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

HLEB PIATUKHO, :
Petitioner, :
:
v. : No. 2:26-cv-6413
:
WARDEN J.L. JAMISON, *et al.*, :
Respondents. :

**O R D E R**

**AND NOW,** this 15th day of September, 2026, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. The Petition for Writ of Habeas Corpus, ECF No. 1, is **DISMISSED**.

2. The case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*___________
JOSEPH F. LEESON, JR.
United States District Judge